IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

IN RE: RODNEY E. PIEDVACHE           )   CIVIL NO. 17-00429 HG-RLP
                                     )
                                     )
                                     )
                                     )
                                     )
                                     )
_____)

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 7)

Findings and Recommendation having been filed and served on Plaintiff on September 13, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That the District Court Dismiss Plaintiff's Complaint With Leave to Amend" (ECF No. 7) are adopted as the opinion and order of this Court.

The Findings and Recommendation states that Plaintiff has leave to file an amended complaint curing the deficiencies outlined in the Findings and Recommendation no later than thirty days from the district court's adoption of the Findings and Recommendation. The Court specifies that the Plaintiff has leave to file her amended complaint by no later than Monday, November 6, 2017, to address the deficiencies outlined in the Findings and

1

Recommendation (ECF No. 7).

IT IS SO ORDERED.

DATED: HONOLULU, HAWAII, October 6, 2017.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge

**IN RE; RODNEY E. PIEDVACHE,CIVIL NO. 17-00429 HG-RLP; ORDER ADOPTING MAGISTRATE JUDGES' FINDINGS AND RECOMMENDATION (ECF No. 7)**                    2